NOVEMBER 12, 1986

No. 85–1623. ISLAMIC REPUBLIC OF IRAN ET AL. *v.* BOEING CO. ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

NOVEMBER 17, 1986

No. 86–5576. ALLEN *v.* DEPARTMENT OF HUMAN RESOURCES. Appeal from Super. Ct. Ga., Baldwin County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–1011. UNITED STATES *v.* HARRIS ET UX. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *O'Connor* v. *United States, ante,* p. 27.

No. — – ——. CANE *v.* SOWDERS, WARDEN. Motion to proceed *in forma pauperis* without submitting an affidavit in support thereof granted.

No. A–176 (86–5387). LAFRAMBOISE *v.* ALASKA. Ct. App. Alaska. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.